UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 13-276 (WHW) |
| PATRICK FOGO and DENTON GOUGH | : | <u>CONTINUANCE ORDER</u> |

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Ronnell L. Wilson, Assistant U.S. Attorney), and defendant Denton Gough (by Alyssa A. Cimino, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

      2. The grant of a continuance will likely conserve judicial resources;

      3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this 25th day of November 2013,

ORDERED that motions shall be filed December 9, 2013; the opposition motions shall be filed by December 23, 2013; the argument of motions is scheduled for January 6, 2013, or a date to be set by the Court; and the trial is scheduled for January 20, 2013, or a date to be set by the Court;

ORDERED that the period from December 3, 2013, through January 16, 2014, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
Hon. William H. Walls
United States District Judge


Form and entry
consented to:

_____
Ronnell L. Wilson
Assistant U.S. Attorney

_____
Alyssa A. Cimino, Esq.
Counsel for defendant Denton Gough